THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. PETER BATALIAS, Respondent.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.